*E-FILED ON 8/29/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYDIA STOUGH,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and DOES 1-10,<br><br>    Defendants. | No. C06-03766 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that the parties have reached a settlement of the above-captioned matter, all scheduled court appearances have been vacated.

**On or before October 3, 2006**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **October 17, 2006, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than October 10, 2006**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1   need not file a joint statement in response to this Order.

3   Dated:   August 29, 2006



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1 **5:06-cv-3766 Notice will be electronically mailed to:**

2 Frank N. Darras fdarras@shernoff.com

3 Michael A.S. Newman mnewman@barwol.com, nne@barwol.com

4 Royal Forest Oakes roakes@barwol.com

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**