United States District Court
For the Northern District of California

*E-FILED ON 10/3/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYDIA STOUGH, | No. C06-03766 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED REQUEST TO EXTEND ORDER TO SHOW CAUSE DEADLINES** |
| METROPOLITAN LIFE INSURANCE COMPANY and DOES 1-10, | |
| Defendants. | |

The parties jointly request an extension of the deadlines set by this court's August 29, 2006 Order to Show Cause re Settlement. Upon consideration of the papers submitted, and good cause appearing, the parties' request is GRANTED as follows:

**On or before November 3, 2006**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **November 14, 2006, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than November 7, 2006**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is

1  filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

2  need not file a joint statement in response to this Order.

3  Dated: October 3, 2006

4  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**5:06-cv-3766 Notice will be electronically mailed to:**

Frank N. Darras fdarras@shernoff.com

Michael A.S. Newman mnewman@barwol.com, nne@barwol.com

Royal Forest Oakes roakes@barwol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3